UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TAMMY LYNN BRITT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:22-CV-169-D-KS** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on February 6, 2023, and Copies To:**
| | |
|---|---|
| Aaron Lee Dalton | (via CM/ECF electronic notification) |
| Dianne Samu | (via CM/ECF electronic notification) |
| Samantha Zeiler | (via CM/ECF electronic notification) |

DATE:
February 6, 2023

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
 Deputy Clerk